# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DEON DWAYNE COATES,<br><br>                Defendant. | Case No. 14-412 JPD<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has a long criminal history including a conviction for escape. He has failed to appear for numerous court appearances and has performed poorly on state supervision. He has significant drug abuse problems.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
2 counsel;

3      (3)    On order of a court of the United States or on request of an attorney for the
4 Government, the person in charge of the correctional facility in which Defendant is confined
5 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
6 connection with a court proceeding; and

7      (4)    The Clerk shall provide copies of this order to all counsel, the United States
8 Marshal, and to the United States Probation and Pretrial Services Officer.

9     DATED this 21st day of November, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2